UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GRETCHEN HILLENBRAND, individually and on behalf of M. A. and T. A., as natural guardians; and JOHN ARLT, individually and on behalf of M. A. and T. A., as natural guardians;<br><br>              Plaintiffs,<br><br>vs.<br><br>BLUE SELECT PLAN, operated by Wellmark South Dakota, an Independent Licensee of the Blue Cross and Blue Shield Association;<br><br>              Defendant. | 5:16-CV-05007-KES<br><br><br>ORDER TO ADMIT NONRESIDENT ATTORNEY |

      Barbara Anderson Lewis moves to allow nonresident attorney, Ryan G. Koopmans, to participate in all proceedings in the above case. Good cause appearing, it is

      ORDERED that Ryan G. Koopmans:

      1.    Is admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

      2.    Will within 20 days of this order complete a South Dakota Tax Application with the South Dakota Department of Revenue and thereafter pay

all state sales taxes and other applicable taxes pursuant to the laws of the state of South Dakota.

Dated February 25, 2016

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE